**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51513
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Diana Houck
318 Todd Railroad Grade Rd
Todd, NC 28684
Social Security No.: xxx−xx−6867

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Summary of Schedules
   Schedules A−J
   Declaration Concerning Schedules
   Form 7 (Statement of Financial Affairs)
   Chapter 13 Plan (Local Form 4)
   Local Form 13
   Chapter 13 Statement of Income
   Certification of Credit Counseling
   Statistical Summary of Certain Liabilities

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: December 16, 2011                              Steven T. Salata
                                                      Clerk of Court

Electronically filed and signed (12/16/11)