**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51513
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Diana Houck
318 Todd Railroad Grade Rd
Todd, NC 28684
Social Security No.: xxx−xx−6867

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Voluntary Petition Under Chapter 13 filed in the above referenced case on 12/16/2011 as document # 1 is defective for the reason(s) marked below:

  Revised Official form B1 required−Voluntary Petition
  Venue section and Exhibit D are not completed on page 2 of Voluntary Petition

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: December 16, 2011                                                                                         Steven T. Salata
                                                                                                                                  Clerk of Court

Electronically filed and signed (12/16/11)