United States Bankruptcy Court
Western District of North Carolina

In re:                                                                  Case No. 11-51513-ltb
Diana Houck                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0419-5    User: murphyb    Page 1 of 2    Date Rcvd: Dec 16, 2011
                      Form ID: 274    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2011.
db          +Diana Houck,   318 Todd Railroad Grade Rd,   Todd, NC 28684-9339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2011**    **Signature:** *Joseph Speetjens*

```
District/off: 0419-5          User: murphyb              Page 2 of 2             Date Rcvd: Dec 16, 2011
                              Form ID: 274               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2011 at the address(es) listed below:
        Steven G. Tate    tate13@ch13sta.com
        TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Wilkesboro Division**

Case No. 11−51513
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Diana Houck
   318 Todd Railroad Grade Rd
   Todd, NC 28684
   Social Security No.: xxx−xx−6867

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Voluntary Petition Under Chapter 13 filed in the above referenced case on 12/16/2011 as document # 1 is defective for the reason(s) marked below:

   Revised Official form B1 required−Voluntary Petition
   Venue section and Exhibit D are not completed on page 2 of Voluntary Petition

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: December 16, 2011                                                                                   Steven T. Salata
                                                                                                           Clerk of Court

Electronically filed and signed (12/16/11)